**11/27/2017**  **COA No. 12-16-00318-CR**
**CHOICE, LENNEL JONES  Tr. Ct. No. 241-1059-16**  **PD-1015-17**
On this day, this Court has granted the Appellant's Pro Se Motion to Suspend Rule 9.3(b) T.R.A.P.

Deana Williamson, Clerk

**FILED**

11/27/2017

**Twelfth Court of Appeals**
**Pam Estes**
**Clerk**

12TH COURT OF APPEALS  CLERK
PAM ESTES
1517 W. FRONT, ROOM 354
TYLER, TX  75701
* DELIVERED VIA E-MAIL *